**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CHARLES SHAW**                                                                                    **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 1:07cv1KS-MTP**

**JEFFERY ROGERS, ET AL**                                                        **DEFENDANTS**

## JUDGMENT

This matter is before the court on separate Motions to Dismiss filed on behalf of Defendant Rogers **[#6]**, Defendant Clark **[#15]** and Defendant Matthews **[#14]** pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and on Motion for Partial Summary Judgment pursuant to Rule 56 filed by the plaintiff, Charles Shaw **[#8]**.  The Court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That the separate Motions to Dismiss filed on behalf of Defendant Rogers **[#6]**, Defendant Clark **[#15]** and Defendant Matthews **[#14]** are hereby Granted and the plaintiff's claims against these defendants are dismissed with prejudice; and

That the remaining defendants are dismissed, without prejudice, for failure of the plaintiff to timely serve process and that the  Motion for Partial Summary Judgment **[#8]** filed by the plaintiff is Denied; and

That any other pending motions are dismissed as moot.

SO ORDERED AND ADJUDGED this the  29th  day of May, 2007.


*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE